■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST SIMS, Appellant.—Appeal by the defendant from a judgment of the County Court, Suffolk County (Best, J.), rendered January 17, 1984.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Baldi,* 54 NY2d 137). Mangano, J. P., Brown, Lawrence, Weinstein and Kunzeman, JJ., concur.